IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRA COBBS, an individual,<br><br>                 Plaintiff,<br><br>vs.<br><br>BUCK'S, INC.,<br><br>                 Defendant. | 8:22CV218<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

This case is before the Court on the parties' January 20, 2023, Stipulation for Dismissal with Prejudice. Filing 21. The parties state that this lawsuit has been settled. Consequently, they stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and fees. The Stipulation is signed by both parties. Accordingly,

IT IS ORDERED that the parties' January 20, 2023, Stipulation for Dismissal with Prejudice, Filing 21, is granted, and this action is dismissed with prejudice, with each party to pay its own costs and fees.

Dated this 23rd day of January, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1